**SO. CAL. EQUAL ACCESS GROUP**
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
Kevin Hong (SBN 299040)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff, LEEMANUEL WEILCH

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEEMANUEL WEILCH, <br><br> Plaintiff, <br><br> vs. <br><br> SHELDANN MAKENA REALTY, INC.; HILLSTONE RESTAURANT GROUP, INC.; and DOES 1 to 10, <br><br> Defendants. | **Case No.: 2:23-cv-5927-MWF (RAOx)** <br><br> **JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Attorneys for Plaintiff LEEMANUEL WEILCH ("Plaintiff") and Defendants SHELDANN MAKENA REALTY, INC. and HILLSTONE RESTAURANT GROUP, INC. stipulate and jointly request that this Court dismiss, with prejudice, the above-captioned action, in its entirety.  Each party shall bear his own costs and attorneys' fees.

Respectfully submitted,

DATED:  February 14, 2024     SO. CAL. EQUAL ACCESS GROUP

By:   _/s/  Jason J. Kim_____
        Jason J. Kim
        Attorneys for Plaintiff

DATED:  February 14, 2024     SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By:   _/s/ Gregory F. Hurley_____
        Gregory F. Hurley
        Attorneys for Defendants
        SHELDANN MAKENA REALTY, INC. and
        HILLSTONE RESTAURANT GROUP, INC.

### **Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Jason J. Kim, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  February 14, 2024              By: _/s/ Jason J. Kim_____
                                             Jason J. Kim

1